

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00435-CV

CECIL RHODEN, Appellant

§  On Appeal from County Court at Law No. 1

§  of Tarrant County (2024-005787-1)

V.

§  December 19, 2024

KEISHA LYONS

§  Memorandum Opinion by Justice Walker

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed as moot. We vacate the trial court's judgment and dismiss the appeal as moot.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
    Justice Brian Walker